AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 1 4 2020

David J. Bradley, Clerk

| United States of America | ) |
|---|---|
| v. | ) |
| Luis Carlos GUERRA-Rodriguez<br>08/02/1992, US Citizen | ) Case No. M-20-2163-M |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 13, 2020__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841<br>21 USC 952 | Defendant did, knowingly and intentionally possess with the intent to import into the United States and distribute approximately 6.78 kilograms of cocaine, a Schedule II controlled substance |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by AUSA S. DiPiazza

Sworn to and executed by reliable
electronic means, per FRCrP 4.1, &
probable cause found on:

/s/ Nathaniel J. Yates
*Complainant's signature*

Nathaniel Yates, HSI Special Agent
*Printed name and title*

Date: 10/14/2020  8:06 a.m.

Pete E Ormsby
*Judge's signature*

City and state: McAllen, Texas

Peter J. Ormsby, U.S. Magistrate
*Printed name and title*

Attachment A

On October 13, 2020, a blue Chevrolet Malibu, being driven by Luis Carlos GUERRA-Rodriguez, arrived at the Roma, Texas Port of Entry (POE) and attempted to make entry into the United States from Mexico. A Customs and Border Protection Officer (CBPO) sent the vehicle for x-ray examination. CBPOs at the x-ray examination area utilized an x-ray machine and observed anomalies in both of the vehicle's rear door panels. CBPOs investigated further and removed a total of six (6) bundles, three (3) from each door. Each bundle contained a white, powdery substance suspected to be cocaine. The total weight of the six (6) bundles was 6.78 kilograms. CBPOs conducted a field test using a Gemini machine on a small sample from each of the bundles. Each test resulted in a positive for the presence of Cocaine, a Schedule II controlled substance.

U.S. Immigration and Customs Enforcement Special Agents assigned to Homeland Security Investigations, Office of the Resident Agent in Charge, Falcon Dam, Texas were contacted and responded to the Roma POE. Special Agents read the Miranda Rights advisement, in the Spanish language, to GUERRA-Rodriguez. GUERRA-Rodriguez stated he understood the advisement and agreed to speak with the Special Agents.

During the interview, GUERRA-Rodriguez denied knowledge of the presence of the cocaine inside his vehicle. GUERRA-Rodriguez stated he had driven the same vehicle into the United States from Mexico recently, and had gone through the x-ray machine at the Roma POE. GUERRA-Rodriguez indicated that he had been the only person to use the vehicle since that previous crossing, that the vehicle had been under his control during that time, and that the vehicle, when not being used, is parked in an area near his home which is secured by a fence. Special Agents checked and determined that GUERRA-Rodriguez crossed into the United States from Mexico via the Roma POE on September 20, 2020. During this crossing, GUERRA-Rodriguez drove the same blue Malibu through the POE's x-ray machine and the result was negative.